## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case

**Rachel Roloff, Individually and as Special Administrator of the Estate of William J. Martis, Deceased v. BP America, Inc., BP Amoco Chemical Company, Mallinckrodt Chemical, Inc., Individually and as Successor and f/k/a JT Baker Chemical Co. a/k/a Mallinckrodt Baker Inc., Univar USA, Inc., Individually and as Successor to and f/k/a Van Waters & Rogers**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Univar USA, Inc.**

| SIGNATURE | *(signed)* |
|---|---|
| FIRM | **SMITHAMUNDSEN, LLC** |
| STREET ADDRESS | **150 NORTH MICHIGAN AVENUE, SUITE 3300** |
| CITY/STATE/ZIP | **CHICAGO, IL 60601** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281122 | TELEPHONE NUMBER (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES / /   NO / x / |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES / /   NO / x / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /   NO /x / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES / /   NO /x / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / / | APPOINTED COUNSEL / / |