UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rachel Roloff
                    Plaintiff,

v.                                    Case No.: 1:08−cv−02085
                                                Honorable Virginia M. Kendall

BP America, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 10/6/2008 at 09:00 AM. All fact discovery shall be completed by 12/5/2008. All expert discovery shll be completed by 2/27/2009. Dispositive motions with supporting memoranda due by 3/16/2009. Responses are to be filed by 4/13/2009. Replies are due 4/27/2009. Court will rule by mail. Status hearing set for 12/8/2008 at 09:00 AM.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.