UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RACHAEL ROLOFF, Individually and as Special Administrator of the Estate of WILLIAM J. MARTIS, Deceased, <br><br> Plaintiff <br><br> VS. <br><br> BP AMERICA INC., ET AL <br><br> Defendants. | Cause No. 1:08-CV-02085 <br> Honorable Virginia M. Kendall |

## JOINT INITIAL STATUS REPORT

1.

### ATTORNEYS OF RECORD

**For the Plaintiff:**
Mr. Randall D. Collins and Mr. Herschel L. Hobson, The Law Offices of Herschel L. Hobson; and
Mr. Robert Wadington of the Law office of Robert Wadington & Associates.

All three lawyers above are expected to try this case.


**The Defendants:**
For the Defendant, Mallinckrodt Baker, Inc., f/k/a J.T. Baker, Inc. [Plaintiff will file an Amended Complaint correcting the name of Mallinckrodt Baker, Inc., f/k/a J.T. Baker, Inc. by June 4, 2008.]:
Mr. Donald Segal and Mr. Robert J. McLaughlin of the Law office of Segal McCambridge Singer & Mahoney Ltd.; and
Mr. Michael Moeller, Esq. and Mr. Colin Theis, Esq. of the Law office of Shook, Hardy & Bacon, LLP.

For the Defendant, Univar USA, Inc.:
Mr. Eric L. Samore, Mr. Darren P. Grady and Ms. Molly A. Arranz of the Law office of SmithAmundsen, LLC.

All of the above lawyers anticipate participating in the trial of this case.

2.
## BASIS FOR FEDERAL JURISDICTION

This action was removed to this Court under 28 U.S.C. §§ 13.32 and 14.41 because this is an action wherein the purported amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and there is diversity of citizenship between the Plaintiff and remaining Defendants.

3.
## NATURE OF THE CLAIMS ASSERTED IN THE COMPLAINT AND ANY EXPECTED COUNTER-CLAIM

This action is brought by Rachael Roloff as Special Administrator of the Estate of William J. Martis, Deceased, on behalf of the beneficiaries of William J. Martis, pursuant to the Illinois Wrongful Death Act. Defendants do not expect any Counter-Claims to be filed against the Plaintiff.

4.
## NAME OF ANY PARTY NOT YET SERVED AND THE CIRCUMSTANCES REGARDING NON-SERVICE

All named parties have been served and are currently before the Court.

5.
## PRINCIPAL LEGAL ISSUES

Plaintiff is alleging the Defendants were engaged in the business of designing, processing, manufacturing, selling and distributing benzene and products containing benzene. As a result, Plaintiff has filed a products liability case setting out negligence, strict liability and recovery of damages. Defendants deny Plaintiff's allegations and contest all issues, including, but not limited to, liability and causation.

6.
## PRINCIPAL FACTUAL ISSUES

The Decedent, William J. Martis, was employed by BP America and/or BP Amoco Chemical a/k/a Amoco Corporation in Joliet, Illinois during the time period of 1968 through 1999. During a portion of this time, the Decedent was allegedly exposed to benzene and products containing benzene at his workplace in his duties as a lab technician and later supervisor. At all times herein, the benzene and products containing benzene were allegedly produced and/or supplied by the Defendants Mallinckrodt Baker, Inc. and Univar USA, Inc. and/or their successors/predecessors.

Plaintiff is alleging the Defendants' products were being employed in the manner and for the purposes for which they were intended. Plaintiff further alleges their Decedent's exposure to, inhalation, ingestion and/or absorption of the benzene and products containing benzene was completely foreseeable and could or should have been anticipated by the Defendants.

Plaintiff further alleges the Defendants knew or should have known that the benzene and products containing benzene could have a toxic, poisonous and highly deleterious affect upon the health of the persons inhaling, ingesting or otherwise absorbing them, such as the Decedent, William J. Martis**.** Plaintiff further alleges the Defendants had a duty to exercise reasonable care and caution for the safety, health and welfare of the decedent and others working with and around benzene and products containing benzene. Plaintiff further alleges as a

result, the Defendants failed to exercise ordinary are and caution for the safety, health and welfare of the decedent. For additional information, attached is a copy of the Complaint at Law. Defendants deny Plaintiff's allegations and contest all issues, including, but not limited to, liability and causation.

### 7.
### WHETHER A JURY TRIAL IS EXPECTED BY EITHER PARTY

All parties are requesting a trial by jury.

### 8.
### DESCRIPTION OF DISCOVERY UNDERTAKEN TO DATE AND ANY ANTICIPATED IN THE FUTURE

Depositions of Decedent and the known co-workers have been taken; however, Plaintiff desires to depose the Defendants' corporate representatives and those depositions have been requested. Defendants desire to depose representatives of Decedent's employer and/or other entities, as well as Plaintiff and family members. Plaintiff anticipates Interrogatories, Requests for Production and Requests for Admissions to be propounded to the Defendants, and Defendants anticipate similar discovery to be propounded to Plaintiff.

### 9.
### EARLIEST DATE THE PARTIES WILL BE READY FOR TRIAL AND THE LENGTH OF TRIAL

March 2009.

### 10.
### WHETHER THE PARTIES UNANIMOUSLY CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE

All parties do not unanimously consent to proceed before the Magistrate.

### 11.

### STATUS OF ANY SETTLEMENT DISCUSSIONS AND WHETHER THE PARTIES REQUEST A SETTLEMENT CONFERENCE

To date, there have not been any settlement discussions between any of the parties in this case. All parties anticipate requesting a settlement conference in due course.

Respectfully submitted,

ROBERT WADINGTON & ASSOCIATES
111 W. Washington Street, Suite 1460
Chicago, IL  60602-2703
Ph. (312) 629-2706                                         By: /s/ Robert Wadington
Fax (312) 629-8022

                                                                          Mr. Robert Wadington

| | |
|---|---|
| The Law Offices of Herschel L. Hobson<br>2190 Harrison Avenue<br>Beaumont, Texas 77701<br>(409) 838-6410 Phone<br>(409) 838-6084 Facsimile | By: /s/ Randall Collins<br>    Randall D. Collins<br>    TX #04616250<br>    LA #21244<br><br>Attorneys for Plaintiff, RACHAEL ROLOFF, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WILLIAM J. MARTIS, DECEASED |

Respectfully submitted for the Defendants:

| | |
|---|---|
| Segal McCambridge Singer & Mahoney Ltd.<br>233 S. Wacker Drive, Suite 2550<br>Chicago, IL  60611<br>Ph. (312) 645-7800<br>Fax (312) 645-7711 | By: /s/ Donald Segal<br>    /s/ Robert McLaughlin<br>    Mr. Donald Segal<br>    Mr. Robert J. McLaughlin |
| Shook, Hardy & Bacon, LLP<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>Ph. (816) 474-6550 – main<br>Fax (816) 421-5547 | By: /s/ Colin Theis<br>    /s/ Michael Moeller<br><br>    Mr. Michael Moeller, Esq.<br>    Mr. Colin Theis, Esq.<br><br>Attorneys for Defendant, MALLINCKRODT BAKER, INC., f/k/a JT Baker, Inc. |
| SmithAmundsen, LLC<br>150 North Michigan Avenue<br>Suite 3300<br>Chicago, IL  60601<br>Ph. (312) 894-3200<br>Fax (312) 894-3210 | By: /s/ Eric Samore<br>    /s/ Molly Arranz<br>    /s/ Darren Grady<br><br>    Mr. Eric L. Samore<br>    Ms. Molly A. Arranz<br>    Mr. Darren P. Grady<br><br>Attorneys for Defendant, UNIVAR USA, INC., individually and as successor to and f/k/a Van Waters & Rogers |

Case 1:08-cv-02085    Document 13    Filed 07/02/2008    Page 5 of 5