UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RACHAEL ROLOFF, Individually and as § <br> Special Administrator of the § <br> Estate of WILLIAM J. MARTIS, Deceased, § <br> Plaintiff § <br> § <br> VS. § <br> § <br> MALLINCKRODT BAKER INC., § <br> F/K/A J.T. BAKER INC., UNIVAR USA § <br> INC., INDIVIDUALLY AND § <br> AS SUCCESSOR TO AND F/K/A § <br> VAN WATERS & ROGERS, § <br> Defendants. § | No. 1:08-CV-02085 <br> Honorable Virginia M. Kendall |

**NOTICE OF MOTION**

TO:   See Attached List
       of Attorneys of Record

On **July 9, 2008, at 9:00 A.M.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall or any judge sitting in her stead, in the courtroom usually occupied by him in Room 2319 of the Everett McKinley Dirksen Building, Chicago, Illinois, and shall then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AT LAW**, a copy which is attached hereto.

/s/ Robert N. Wadington
Robert N. Wadington & Associates
Attorneys for the Plaintiff
111 West Washington, Ste. 1460
Chicago, Illinois 60602
(312) 629-2706

## SERVICE LIST

Eric L. Samore
Molly A. Arranz
Darren P. Grady
Smith Amundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601
312/894-3200
Attorney for Defendant: Univar individually and as Successor to f/k/a Van Waters & Rogers


Randall Collins
Law Offices of Herschel L. Hobson
2190 Harrison Ave.
Beaumont, TX 77701
Phone: 409/838-6410
Fax: 409/838-6084

Mr. Donald Segal
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive
Suite 2550
Chicago, IL 60611
Facsimile: 312/645-7711

Mr. Michael Moeller, Esq.
Mr. Colin Theis
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Facsimile: 816/421-5547