# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 1:08-CV-02085

RACHEL ROLOFF, Individually and as Special Administrator
of the Estate of William J. Martis, Deceased
vs.
Mallinckrodt Baker Inc., f/k/a J.T. Baker, Inc., UNIVAR USA,
INC., Individually and as Successor to and f/k/a VAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RACHEL ROLOFF, Individually and as Special Administrator of the Estate of William J. Martis, Deceased

| |
|---|
| NAME (Type or print) <br> Michael J. Lubeck |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael J. Lubeck |
| FIRM <br> Cooney & Conway |
| STREET ADDRESS <br> 120 North LaSalle Street, 30th Floor |
| CITY/STATE/ZIP <br> Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6225500 | 312/236-6166 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |