UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL ROLOFF, Individually and as Special Administrator of the Estate of WILLIAM J. MARTIS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:08-CV-02085 Honorable Virginia M. Kendall |
| vs. | ) ) | |
| MALLINCKRODT BAKER, INC., F/K/A J.T. BAKER, INC., UNIVAR USA INC., INDIVIDUALLY AND AS SUCCESSOR TO AND F/K/A VAN WATERS & ROGERS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Mallinckrodt Baker, Inc., f/k/a J.T. Baker, Inc. ("Mallinckrodt") and Univar USA, Inc., Individually and as Successor to and f/k/a Van Waters & Rogers ("Univar"), for their Unopposed Motion for Enlargement of Time to Respond to Plaintiff's First Amended Complaint, state as follows:

1. Plaintiff's First Amended Complaint was filed on July 8, 2008. The deadline to respond to Plaintiff's First Amended Complaint is July 22, 2008, and has not yet expired.

2. Mallinckrodt and Univar request a 10-day enlargement in order to further investigate the allegations and claims set forth in Plaintiff's First Amended Complaint and to prepare appropriate responsive pleadings. Counsel for Mallinckrodt conferred with counsel for plaintiff, who does not oppose this request for enlargement. If granted, the deadline to file responsive pleadings would be August 1, 2008.

3. A Proposed Order is attached hereto as Exhibit A.

WHEREFORE, Mallinckrodt and Univar respectfully request an enlargement of time up to and until August 1, 2008 to file pleadings responsive to Plaintiff's First Amended Complaint, and for such further relief as the Court deems just and proper.

Dated:  July 21, 2008

/s/ Robert J. McLaughlin
Robert J. McLaughlin
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
330 North Wabash Avenue, Suite 200
Chicago, IL  60611
Telephone:   312.645.7800
Facsimile:    312.645.7711

Michael D. Moeller
Colin C. Theis
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone:    816.474.6550
Facsimile:    816.421.5547

ATTORNEYS FOR DEFENDANT
MALLINCKRODT BAKER, INC., F/K/A
J.T. BAKER, INC.

/s/ Eric L. Samore
Eric L. Samore
Darren P. Grady
SMITH AMUNDSEN, L.L.C.
150 North Michigan Avenue, Suite 3300
Chicago, IL  60601
Telephone:    312.894.3200
Facsimile:    312.894.3210

ATTORNEYS FOR DEFENDANT
UNIVAR USA, INC. INDIVIDUALLY
AND AS SUCCESSOR TO AND F/K/A
VAN WATERS & ROGERS

3041095v1

## CERTIFICATION

I hereby certify that counsel for Mallinckrodt conferred with counsel for plaintiff concerning the subject matter of this motion, and plaintiff does not oppose the relief sought herein.

Dated: July 21, 2008            /s/ Robert J. McLaughlin
                                Robert J. McLaughlin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 21, 2008.

Dated: July 21, 2008            /s/ Robert J. McLaughlin
                                Robert J. McLaughlin


# EXHIBIT A

3041095v1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RACHEL ROLOFF, Individually and as Special Administrator of the Estate of WILLIAM J. MARTIS, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MALLINCKRODT BAKER, INC., F/K/A J.T. BAKER, INC., UNIVAR USA INC., INDIVIDUALLY AND AS SUCCESSOR TO AND F/K/A VAN WATERS & ROGERS,<br><br>Defendants. | No. 1:08-CV-02085<br>Honorable Virginia M. Kendall |

## PROPOSED ORDER

The Court, having fully considered the Unopposed Motion for Enlargement of Time to Respond to Plaintiff's First Amended Complaint, finds that the Motion should be and hereby is GRANTED. Accordingly, the deadline for Mallinckrodt Baker, Inc., f/k/a J.T. Baker, Inc. ("Mallinckrodt") and Univar USA, Inc., Individually and as Successor to and f/k/a Van Waters & Rogers ("Univar") to respond to Plaintiff's First Amended Complaint is now August 1, 2008.

IT IS SO ORDERED.

_____
United States District Court Judge

Dated: _____

-5-

3041095v1